UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 07-CR-60060-PCH

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

VICTOR VAZQUEZ,
    Defendant.
_____/

## ORDER GRANTING GOVERNMENT'S MOTION FOR REDUCTION OF SENTENCE PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 35(b)

THIS MATTER came before the Court by virtue of the Government's Reduction of Sentence Pursuant to Federal Rule of Criminal Procedure 35(b) (D.E. #288). After careful review of the Government's Motion, Defendant's Response, and conducting a hearing on the matter on January 16, 2009, it is hereby,

ORDERED AND ADJUDGED that the Government's Motion is GRANTED. Therefore, the Defendant's sentence is reduced by six (6) months and the Defendant's Judgment and Commitment shall be amended to reflect said reduction. In addition, the Court shall reserve jurisdiction over this matter. Furthermore, the government shall file a supplemental memorandum regarding the defendant's cooperation and any subsequent request for reduction of sentence within five (5) months. If the government fails to file said memorandum within the five (5) months, defense counsel may file a supplemental motion in the alternative.

DONE AND ORDERED in chambers in Miami, Florida this /6 day of January, 2009.

_____
PAUL C. HUCK
U.S. DISTRICT COURT JUDGE

cc: All counsel of record
    U.S. Marshal
    U.S. Probation